IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. VOLKMANN,

                                                                                                                               ORDER

                Plaintiff,

                                                                                                            08-cv-325-bbc

   v.

WISCONSIN LABORERS HEALTH
FUND,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff David N. Volkmann has filed a motion for protective order in response to a notice of deposition duces tecum served on him on February 16, 2009. The plaintiff says that it would inconvenient for him to appear for a deposition at the date, time and place set by defendant. However, plaintiff does not say that he has made any effort to consult with defendant to arrange for a more convenient time, place or date. Until he does that, it would be premature to address his motion for a protective order. However, I note that, as the plaintiff in this case, he is obligated to make himself available for a deposition at a time and

place convenient for defendant's counsel.

Entered this 20th day of February, 2009.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge