# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| DAVID N. VOLKMANN, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | **Case No.: 08-cv-325-slc** |
| v. | |
| WISCONSIN LABORERS' HEALTH FUND, | |
| Defendant. | |
| | |
| DAVID N. VOLKMANN, | |
| Plaintiff, | **Case No.: 08-cv-326-slc** |
| v. | |
| WISCONSIN LABORERS' PENSION FUND, | |
| Defendant. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

These cases are dismissed against defendants.

PETER OPPENEER
**Peter Oppeneer, Clerk**

/s/ M. Hardin
**by Deputy Clerk**

_____**3/17/09**_____
Date